UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00058-BR

| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) ORDER |
| | ) |
| | ) |
| HILARIA RODRIGUEZ, | ) |
| Defendant | ) |

This matter is before the court on defendant's unopposed motion to continue the arraignment and trial and motion to seal the motion to continue and this order. For good cause shown, the motion to continue is ALLOWED. The arraignment and trial are CONTINUED to 31 May 2011. For the reasons set forth in the motion to continue, the court finds that the ends of justice served by the granting of a continuance in this matter are outweighed by the best interests of the public and defendant in a speedy trial. Accordingly, any period of delay occasioned by granting this motion shall be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). For good cause shown, the motion to seal is ALLOWED IN PART and DENIED IN PART. The motion to continue shall be filed under seal. Because this order contains no sensitive information, it shall not be filed under seal.

This 27 April 2011.

_____
W. Earl Britt
Senior U.S. District Judge