# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CASE NUMBER: 5:11-CR-58-1BR

UNITED STATES OF AMERICA
      vs.                       ORDER
HILARIA RODRIGUEZ

IT IS HEREBY ORDERED that the following Government Exhibits be returned to _Special Agent Marvin Franklin (DEA)_ and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:
#59 - bag of drugs - crack cocaine
#60 - bag of drugs - crack cocaine
#61 - bag of drugs - powder cocaine
#56 - handgun
#67 - bag of drugs - Inositol (cutting agent)
#66 - black scale (for weighing drugs)
#65 - gray scale (for weighing drugs)
#63 - white scale (for weighing drugs)
#68 - blue cloth bag (containing drug residue)

This 1st day of June, 2011 Exhibits received by:

_Marvin L. Franklin_
Print name

_MZ Franklin_
Sign name

June 1, 2011          _____

            W. EARL BRITT
            SENIOR U. S. DISTRICT JUDGE